Frank Panknin, Appellee, v. Inspiration Placers, Inc., and George Ford, Appellants.

Gen. No. 41,188.

opinion filed November 4, 1940. J. Arthur Kealy, for appellants; Kennedy, Grider & Moberley, for cross-appellee. Opinion by JUSTICE MATCHETT. "Not to be published in full."